RAFAEL CEZAR DANAM
PO BOX 336707
North Las VegasNV 89033
(909) 297-9171



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAFAEL CEZAR DANAM, <br> Plaintiff, <br> v. <br> ARIZONA BOARD OF EDUCATION, <br> Defendant(s). | CASE NUMBER: **CV20-02489-PHX-SMB** <br><br> **COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to 42 USC 1983: US Constitution Preamble, Amendments I, V, VI, XIV §§ 42 USC 1983. The plaintiff is a resident of North Las Vegas, Maricopa County, NV and a citizen of the United States, former resident of Phoenix, AZ. The defendant, is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

Case has been reviewed by the SUPREME COURT OF THE UNITED STATES by Petition of Writ of Certiorari denied December 7, 2020, reviewed by the SUPREME COURT OF ARIZONA denied review April 2020. Appealed to SUPREME COURTS from Arizona Court of Appeals-Division One from Superior Court of Arizona from original Administrative Hearing of the Arizona Board of Education

### Demand

(1) Monetary Compensation for loss of employment, damage of Graduate School progression. (2) Revoking of order from National Data Base of Teachers (3) Declaratory relief to Grand Canyon University and U.S. Department of Education of Teach Grant and completion of Graduate Program **Damages: $2,815,817.00.** Loss of employment (Seven Years), loss of payment ability for U.S. Department of Education Teach Grant and student loans, Defamation Damages The Plaintiff wants a trial by jury.

### Demand of Monetary Damages by Plaintiff

Plaintiff demands restitution of damages in the amount **$2,815,817.00**. Amount of award is justified as follows:

(1) Compensation Loss of Employment/Salary: 6-years (School Years) x

$57,000 (Education: MA) = $342,000.00 Compensatory Damages for 2018-2024;

$17,500 Loss of Employment Heritage Elementary Charter School, Spring 2018;

$74,668.00 (Education: EdD) =

Total of $434,168.00

(2) $20,000.00 Loss of Graduation Completion of Grand Canyon University College of Education Master in Elementary Education, TEACH Grant. Note: negative public record for admission to Pepperdine University Doctoral Program for Education and/or University of Southern California (USC) Doctoral Program for Education.

(3) $1,354,664.00+$6,985.00[1] Punitive Damages for intentional emotional distress of combat veteran. Total is current deaths in ALL American Wars as of February 2, 2019. Plaintiff is a U.S. combat veteran who endured and survived hostile adversities in Operation Iraqi Freedom (OIF) as well as participated in over 300 U.S. Honor Guard Military Burials of U.S. Veterans. Defendants blatant disregard for sacrifice of U.S. Service Men and Women throughout history of the United States of America demonstrates heinous disregard, disrespect and dishonor by Defendants of public vow of duty to Oath of Office.

(4) $1,000,000.00 Punitive Damages direct and indirect gross negligence of emotional distress of (77) students formerly assigned elementary students.

TOTAL: $2,815,817.00[2]

---

[1] 1,354,664 report total by Wikipedia; 6,985 fatalities in war, 2003-Present U.S. military conflicts Department of Defense (DoD). Accessed 02/02/2019 https://dod.defense.gov/News/Casualty-Status/
[2] Service of Certified Public Accountant (CPA) Law Firm will account, distribute and provide court documentation of all designated monetary awards for distribution from Plaintiff.

Plaintiff has referenced all pertinent laws, case law and references in filed original and amended Complaint against Defendants.

12/21/2020 (MMXX)

Date: __12/21/2020__

/s/ RAFAEL CEZAR DANAM

_____
Signature of Pro Se Plaintiff
RAFAEL CEZAR DANAM
PO BOX 336707
North Las Vegas, NV 89033
(909) 297-9171

UNITED STATES DISTRICT COURT

District of Arizona

Honorable G. Murray Snow, Chief Judge

Debra D. Lucas, District Court Executive & Clerk of Court

Sandra Day O'Connor U.S. Courthouse

401 West Washington St., Suite 130, SPC 1

Phoenix, AZ  85003

December 21, 2020

RE: RAFAEL CEZAR DANAM v. ARIZONA BOARD OF EDUCATION

Court Clerk of U.S. District Court Arizona:

Please be advised I am submitting Original Copy and Court Copy of documents presented with this official memorandum.

(1) I am seeking to Proceed in Forma Pauperis with submission of AO 239 Court Form and supporting Complaint and Motion for Leave documents.

(2) In addition, access to PACER for digital submission of complete case documents is also request for PACER Account No. 5840136 Username: rafaeldanam

Respectfully,

*[signature]*

RAFAEL CEZAR DANAM

P.O. Box 336707

North Las Vegas, NV 89033

NOTE: ATTACHMENTS AS EXHIBITS NOT SUBITTED